UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:14-cv-00159-MOC

| | | |
|---|---|---|
| **DAVID LEWIS TURNER,** | ) | |
| Plaintiff, | ) ) ) | |
| Vs. | ) ) | ORDER |
| **WELLS FARGO BANK, N.A., et al.,** | ) ) | |
| Defendants. | ) ) | |

**THIS MATTER** is before the court on defendant's Motion to Dismiss Amended Complaint (#10). Specifically, defendant contends that plaintiff has failed to state a cognizable claim as the amended complaint appears to be a collection of words and numbers that are indecipherable.

Plaintiff is advised that he has the opportunity to respond to this motion in a writing filed with this court within 14 days of the filing of this Order. A copy of any such response must be served on counsel for defendant.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiff respond to defendant's Motion to Dismiss Amended Complaint (#10) within 14 days of the filing of this Order.

Signed: November 14, 2014

Max O. Cogburn Jr.
United States District Judge