UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:14-cv-00159-MOC

| | |  |
|---|---|---|
| **DAVID LEWIS TURNER,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **WELLS FARGO BANK, N.A.; WELLS FARGO HOME MORTGAGE,** | ) ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on defendant's Motion to Dismiss Amended Complaint (#10). Specifically, defendant contends that plaintiff has failed to state a cognizable claim as the Amended Complaint appears to be a collection of words and numbers that are indecipherable. By earlier Order, plaintiff was advised that defendants had filed a Motion to Dismiss, that he had an opportunity to respond, and that he had 14 days to so respond. Within the time allowed plaintiff filed a Response (#13), which is equally indecipherable.

Even when liberally read, review of the Amended Complaint does not reveal "a short, plain statement of the claim showing that the pleader is entitled to relief." Fed.R.Civ.P. 8. By way of example, the first paragraph following what the court believes is the case caption provides, as follows:

```
FOR THE WORD-TERMS OF THIS C.-S.-S.-C.-P.-S.-G.-NOW-TIME-VESSEL:
:DOCUMENT-CONTRACT-FEDERAL-POSTAL-STATION-COURT-VENUE = D.-C.-F.-P.-S.-C.-V. :VASSALEE- (WORD-MEANING) VASSAL=SERVANT OF THIS
DOCUMENT, EE=PLOYEE OF THIS DOCUMENT.
:C.-S.-S.-C.-P.-S.-G.= :CORRECT-SENTENCE-STRUCTURE-COMMUNICATION-PARSE-SYNTAX-GRAMMAR.
:D.-C.-C. = FOR THE DOCUMENT-CONTRACT-CLAIM OF THIS D. C. F. P.-S.-C.-V.
:D.-C.-C.-S. = FOR THE DOCUMENT-CONTRACT-CLAIMS-SECTION, OF THIS PARSE-SYNTAX GRAMMAR-COMMUNICATION-WORD-CORRECTIONS ARE
WITH THE CORRECTION-CLAIM OF THE FRAUDULENT-FEDERAL-TITLES-USE OF THE FRAUDULENT-PARSE SYNTAX-GRAMMAR and: FEDERAL-CODES-USE
OF THE FRAUDULENT-PARSE- SYNTAX-GRAMMAR WITH THE SYNTAX-CORRECTIONS OF THE C.-S.-S.-C.-P.-S.-G.-NOW-TIME-D.-C.-F.-P.-S.-C.-V.
:DOCUMENT-VESSEL = FOR THE D.-C.-F.-P.-S.-C.-V.-CLERK-DOCKETING OF THE D.-C.-F.-P.-S.-C.-V. - PAPERS ARE WITH THE CORPORATION-CLAIM BETWEEN
THE TWO-OR-MORE-PERSONS WITH THE D.-C.-F.-P.-S.-C.-V.-PORTING-STAMP BY THE D.-C.-F.-P.-S.-C.-V.-CLERK.
:DOCUMENT-VESSEL, DOCUMENT-VENUE, DOCUMENT-COURT: = FOR THE CORPORATION OF THE TWO-OR-MORE-PERSONS ARE WITH THE
PORTING CLAIM WITH THE F.-P.-C.-V.-PORT-CLERK BY THIS DOCUMENT.
CONJUNCTION: &:=and: = ALSO, COMMAND;   or: = OPTION, EITHER.
:FRAUDULENT =: FICTION, MODIFICATION, PERJURY, GUESSING, OPINION, PRESUMPTION, ASSUMPTION, ILLUSION, FRAUD, MISLEADING.
:LODIAL [ARTICLE] FOR THE SPECIFIC = A, AN, THE, THIS, THESE, THROUGH.
:POSITION = FOR, OF, WITH, BY, IN, AS, ON, WITHIN. FOR THE POSITIONAL-LODIAL-FACT-PHRASE OF THE CORRECT-SYNTAX-GRAMMAR-PHRASE IS
WITH THE COMMUNICATION-CLAIM OF THE FACT.
```

Amended Complaint (#7) at 1. The remainder of the Amended Complaint and the Response are nearly identical. Finding that plaintiff has not provided the court with a plain statement of his claim indicating he is entitled to some relief which is within the jurisdiction of this court to provide, the Amended Complaint will be dismissed.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendants' Motion to Dismiss Amended Complaint (#10) is **GRANTED**, and this action is **DISMISSED** in its entirety without prejudice. All other pending motions are administratively termed.

Signed: December 5, 2014

Max O. Cogburn Jr.
United States District Judge