# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| DAVID LEWIS TURNER, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:14-CV-00159-MOC |
| | ) | |
| vs. | ) | |
| | ) | |
| WELLS FARGO BANK, N.A. d/b/a | ) | |
| WELLS FARGO HOME | ) | |
| MORTGAGE, | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 5, 2014, Order.

                                        Signed: December 5, 2014

_____
Frank G. Johns, Clerk
United States District Court